UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHELLE MARTIN,
    Plaintiff,

v.                                            Case No. 11-CV-1012

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

---

ORDER APPROVING STIPULATION
AWARDING ATTORNEY'S FEES OF $4,000.00

---

**IT IS HEREBY ORDERED** that an award of attorney fees and expenses in the sum of $4,000.00 shall be paid by Defendant in full satisfaction and settlement of any and all claims for fees, expenses, and costs Plaintiff may have in this matter pursuant to the Equal Access to Justice Act. These fees are awarded to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010). If counsel for the parties verify Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment in the fee agreement duly signed by Plaintiff and counsel.

    Dated at Green Bay, Wisconsin this 21st day of August, 2012.

                                                      BY THE COURT

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Court Judge